UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN 26  AM 11: 04

CLERK_____
SO. DIST. OF GA.

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE ELECTRONIC HEALTH RECORDS ACCOUNTS OF JOHN DI BLASI THAT IS STORED AT PREMISES CONTROLLED BY PRACTICE FUSION, INC. | Case No. 4:18mj49  **Filed Under Seal** |

## ORDER

For good cause shown, it is hereby **ORDERED** that the search warrant, search warrant application, and all related papers for the above-captioned search are **SEALED** until an indictment is returned in this case or until further Order of this Court.

This 16th day of June, 2018.

_____
HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE