FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 DEC 27 PM 12: 23
CLERK TRB
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:18-MJ-49 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DI BLASI | ) | |
| | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, it is hereby

**ORDERED** that all process and related documents issued under Case Number 4:18-MJ-49 shall be unsealed.

**SO ORDERED**, this 27th day of December 2018.

_____
HON. JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE